UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
MICHAEL RODRIGUEZ,                  :
                                    :   **ORDER**
            Petitioner,             :
                                    :   07 Civ. 415 (SAS) (MHD)
     -against-                      :
                                    :
ROBERT ERCOLE, Superintendent,      :
Greenhaven Correctional Facility,   :
                                    :
            Respondent.             :
------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      I have reviewed the Report and Recommendation ("R&R") of United States Magistrate Judge Michael H. Dolinger, dated August 15, 2008 (Document # 12), which recommends that the habeas petition brought under 28 U.S.C. § 2254 be denied. Although petitioner was given the opportunity to file objections to the R&R, he failed to do so. *See* Document # 13. Based on my review, I hereby adopt the thorough and thoughtful R&R in full.

      In accordance with the R&R, the instant habeas petition is dismissed with prejudice. Because petitioner's failure to file objections precludes appellate review, this Court will not issue a certificate of appealability. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992) ("We have adopted the rule that failure to object timely to a report waives any

further judicial review of the report."). The Clerk of the Court is directed to close this case.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
February 26, 2009

- **Appearances** -

**For Petitioner:**

Robert S. Dean, Esq.
Center for Appellate Litigation
74 Trinity Place
New York , NY 10006
(212) 577-2523

**For Respondent:**

Rither Alabre
Assistant District Attorney
Bronx District Attorney's Office
198 East 161st Street
Bronx, NY 10451
(718) 590-2140