UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL RODRIGUEZ,

                Petitioner,

- against -

ROBERT ERCOLE, Superintendent,
Greenhaven Correctional Facility,

                Respondent.
------------------------------------------------------------X

**ORDER**

07 Civ. 415 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/09

SHIRA A. SCHEINDLIN, U.S.D.J.:

The Clerk of the Court is hereby ORDERED to vacate: (1) this Court's February 26, 2009 Order adopting the Report and Recommendation of Magistrate Judge Michael H. Dolinger, dated August 15, 2008; and (2) the Clerk's Judgment, dated February 27, 2009, dismissing the instant petition with prejudice. The Clerk of the Court is further ORDERED to reinstate the above-captioned case to this Court's active docket. Respondent is hereby ORDERED to respond, in writing, to petitioner's objections to the Report and Recommendation by May 1, 2009.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            April 2, 2009

- Appearances -

**For Petitioner:**

Robert S. Dean, Esq.
Center for Appellate Litigation
74 Trinity Place
New York, NY 10006
(212) 577-2523

**For Respondent:**

Rither Alabre
Assistant District Attorney
Bronx District Attorney Office
198 East 161st Street
Bronx, NY 10451
(718) 590-2140